# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Mr. Tracy D. Halsell A/K/A Mr. Terrell D Jordan
(Enter Above the Name of the Plaintiff in this Action)

vs.

Cincinnati Police Department
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

District of Columbia Metropolitan Police Department

1:23CV024.

A. DLOTT

M.J. BOWMAN

**RECEIVED**

JAN 13 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tracy D Halsell
Name - Full Name Please - PRINT

2500 KEMPER LANE #417
Street Address

Cincinnati, Ohio 45204
City, State and Zip Code

513-501-3959
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _DC Metropolitan Police Dept_
   Name - Full Name Please

   _300 Indiana Ave. NW  Washington, DC 20001_
   Address: Street, City, State and Zip Code

2. _Cincinnati Police Department_

   _310 Ezzard Charles Dr  Cincinnati, OH 45214_

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Defendant parties both ignored phone calls, hung up in my face, took me to the psych unit for making a rape report on Rakeem Brown. Robert Hall issued a nuisance citation as calls of harassment were being made

14th Ammendment; Equal Protection

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| | Jordan-Halsell vs. | People Ready |
| | Jordan-Halsell vs. | Progressive Direct Ins. |
| | Jordan-Halsell vs. | Jeff Wyler Hyundai Fairfield |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want this court to order both CPD and DC Police to pay the plaintiff $1 million each totaling $2 million

I state under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of _____, 20___.

_____
Signature of Plaintiff

-4-

Cincinnati Police District 1

310 Ezzard Charles Dr,

Cincinnati, OH 45214

Metropolitan Police Headquarters

300 Indiana Avenue NW

Washington, DC 20001

I was continually harassed by Former President personating President Barack H Obama. Personating President Barack H Obama could be guilty of rape. Former First Lady Hillary Clinton personating First Lady or Secretary of State knew her husband Former President Bill Clinton had received a letter from me and knew that Beyoncé was my sister long before I knew that she knew this. Since this is true it is brought to testimony that Former President Barack H Obama induldged in sexual assault to a minor in the year of 2004 at Cincinnati State Technical and Community College. Former President Barack H Obama continually aided and abetted sexual assault, he continually aided and abetted sexual harassment, he continually aided and abetted harassment, aggravated menacing, conspiracy to murder and kidnap, rape and terrorism.

Barack Obama insinuated that I would receive $20 Million then aided and abetted a number of felonious crimes. Cincinnati Police was contacted as well as Cincinnati LGBT Liaisons and DC police. All of them continued to ignore my phone calls and hang up on me including White House personnel. I am suing the DC police Department and Cincinnati Police Department for one million each totaling two million for both departments to pay 1 million dollars.

Former Barack H Obama has continually harassed me and gotten away with it. Has continually aided and abetted sexual assault and rape and sexual harassment on someone who has Post Traumatic Stress Disorder. I have continually called the police because of his presence, he has continually supported child molestors Stefanie Spears, Mr. Tony Owens, and rapist Rakeem Brown. This is the reason I also am suing the Cincinnati Police Department.

I have tried to file reports on Rakeem Brown, Antoine Steele, Rodrick Thompson, Beyoncé, Jay Z, TARRAS Truitt, Stefanie Spears, Tyler Jordan, Tevin Lackey, Hillary Clinton, William Jordan, Anthony Coleman, William Turney, who are all guilty of rape. Cincinnati Police has continually refused to acknowledge my complaint. Former President Barack H Obama is guilty of rape, to a minor, knowing that I was a minor the year I went to Cincinnati State.