IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tracy Halsell, | : | Case No. 1:23-cv-24 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Stephanie K. |
| | : | Bowman |
| Cincinnati Police Department, *et. al.*, | : | |
| | : | **Order Adopting Report and** |
| Defendants. | : | **Recommendation** |
| | : | |

Magistrate Judge Stephanie K. Bowman filed a Report and Recommendation on January

19, 2023 pursuant to the screening standards set forth in 28 U.S.C. § 1915(e)(2)(B) for

complaints filed *in forma pauperis*. (Doc. 4.) She recommended dismissing the case as legally

frivolous. (*Id.*) The Court has reviewed the Report and Recommendation. No objections to the

Report and Recommendation have been filed and the time to do so has expired.

Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report

and Recommendation. Plaintiff's suit is **DISMISSED WITH PREJUDICE**, and Plaintiff is

**WARNED** that filing additional frivolous lawsuits in this District Court may result in sanctions

or a determination that Plaintiff is a vexatious litigant. The Court **CERTIFIES** that, pursuant to

28 U.S.C. § 1915(a)(3), an appeal of this decision could not be taken in good faith.

**IT IS SO ORDERED**.

Judge Susan J. Dlott
United States District Court