IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tracy Halsell,                                    :
                                                  :
                    Plaintiff,                    :
                                                  :     Case Number: 1:23cv24
          vs.                                     :
                                                  :     Judge Susan J. Dlott
Cincinnati Police Department, et. al.,            :
                                                  :
                    Defendants.                   :

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have

been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

… the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and

Recommendation.  Plaintiff's suit is **DISMISSED WITH PREJUDICE**, and Plaintiff is

**WARNED** that filing additional frivolous lawsuits in this District Court may result in sanctions or

a determination that Plaintiff is a vexatious litigant.  The Court **CERTIFIES** that, pursuant to 28

U.S.C. § 1915(a)(3), an appeal of this decision could not be taken in good faith.

2/13/2023                                    RICH NAGEL, CLERK


                                              S/William Miller
                                             Deputy Clerk